UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ALEXANDRA HOBBS, ON BEHALF OF
HERSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

           Plaintiffs,

           v.

ALLY FINANCIAL INC.,

           Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:22-cv-6138

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), ALEXANDRA HOBBS, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, ALLY FINANCIAL INC., with prejudice and without fees and costs.

Dated: New York, New York
         March 30, 2023

                                                  **GOTTLIEB & ASSOCIATES**

                                                  /s/Michael A. LaBollita, Esq.

                          Michael A. LaBollita, Esq., (ML-9985)
                                 150 East 18th Street, Suite PHR
                                            New York, NY 10003
                                               Phone: (212) 228-9795
                                                  Fax: (212) 982-6284
                                              Michael@Gottlieb.legal

                                                *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge